UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA , N.A., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-02902-JST<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE NOTICE ADDRESSING DIVERSITY JURISDICTION** |

　　　The operative complaint in this action brings seven state-law causes of action and a single federal claim.  ECF No. 13.  In the complaint, Plaintiff asserts only that "this is an action asserting violations of Federal Law."  Id., ¶ 2.  However, in her opposition to Defendants' motion to dismiss, Plaintiff also argues that diversity jurisdiction applies to the complaint because both named Defendants are citizens of states other then California, of which Plaintiff is a citizen.  ECF No. 18, at 19:3-24.  In their reply brief, Defendants argue that the Court should dismiss the single federal claim and decline to exercise supplemental jurisdiction over the remaining claims, but they do not address Plaintiffs' argument that diversity jurisdiction applies to the entire complaint.  14:23-15:17.

　　　"[I]t is the obligation of both district court and counsel to be alert to jurisdictional requirements."  Grupo Dataflux v. Atlas Global Grp., L.P., 541 U.S. 567, 593, (2004).  Therefore, Defendants are ORDERED to file a Supplemental Memorandum with the Court not later than

/ / /

/ / /

/ / /

/ / /

Case3:13-cv-02902-JST   Document23   Filed09/26/13   Page2 of 2

Monday, September 30, identifying the state or states of which Defendants are citizens, and stating whether Defendants dispute that diversity jurisdiction applies to the entire complaint.

**IT IS SO ORDERED.**

Dated: September 26, 2013



JON S. TIGAR
United States District Judge
United States District Court
Northern District of California