UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No.  13-cv-02902-JST<br><br>**ORDER RE-SETTING HEARING ON MOTION TO DISMISS**<br><br>Re: ECF No. 15 |

The Court hereby re-sets Defendants' Motion to Dismiss, ECF No. 15, for hearing on Monday, October 21, 2013, at 2:00 P.M., in Courtoom 9, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 8, 2013

                                        JON S. TIGAR
                               United States District Judge