1  Matthew Mellen (SBN: 233350)
   Sarah Adelaars (SBN: 281748)
2  MELLEN LAW FIRM
   411 Borel Ave, Suite 230
3  San Mateo, California 94402
   Telephone:   (650) 638-0120
4  Facsimile:   (650) 638-0125
   mellenlaw@yahoo.com
5
   Attorneys for Plaintiff
6  TINA M. VASQUEZ

7  Lila Y. Al-Marhoon (SBN: 263654)
   MCGUIREWOODS LLP
8  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
9  Telephone:   310.315.8200
   Facsimile:   310.315.8210
10 Email:       jquattrocchi@mcguirewoods.com

11 Attorney for Defendants
   BANK OF AMERICA, N.A.
12 THE BANK OF NEW YORK MELLON

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17  TINA M. VASQUEZ, an individual,            CASE NO.: 3:13-CV-02902-JST

18            Plaintiff,                       **JOINT STIPULATION FOR STAY OF
          v.                                   PROCEEDINGS; [PROPOSED]**
19                                             **ORDER**
    BANK OF AMERICA, N.A., a national
20  association; THE BANK OF NEW YORK
    MELLON; and Does 1-50, inclusive,
21
              Defendants.
22

23

24

25

26

27

28

## **RECITALS**

This stipulation is entered into by and between Plaintiff TINA VASQUEZ ("Plaintiff") and Defendants BANK OF NEW YORK MELLON and BANK OF AMERICA ("Defendants"). The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the above-referenced action on June 24, 2013;
2. WHEREAS, following a series of amendments and Motions, on April 22, 2014, the Court issued an Order on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.  As a result of the Order, Defendants are required to file an Answer to the surviving causes of action by no later than May 12, 2014 and a Joint Case Management Conference is currently scheduled for May 28, 2014;
3. WHEREAS, on or around March 20, 2014, Plaintiff received a Trial Payment Plan from Defendants whereby she is required to make three monthly payments beginning on April 1, 2014;
4. WHEREAS, following the completion of the Trial Payment Plan, in or around June 2014, Plaintiff is expected to receive a permanent loan modification;
5. WHEREAS, following receipt of a permanent loan modification, the parties have agreed to endeavor to reach a final settlement of this matter in its entirety;
6. WHEREAS, the Parties agree that judicial economy and the interests of the parties in avoiding unnecessary expenses would be best served and promoted by stay the litigation for a period of one-hundred and twenty (120) days, in order to reach a settlement of this matter.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, in order to continue their settlement negotiations, reduce the costs of litigation, and unburden the Court's docket, agree and stipulate as follows:

///

///

1. The litigation is stayed, in its entirety, for a period of one-hundred and twenty (120) days, up to, and including, August 22, 2014.

**IT IS HEREBY AGREED TO AND STIPULATED:**

DATE:  MAY 5, 2014                    MELLEN LAW FIRM


By:  __*/s/ Sarah Adelaars*_____
     Sarah Adelaars
     Attorney for Plaintiff
     TINA VAQUEZ

DATE:  MAY 5, 2014                    MCGUIREWOODS LLP


By:  __*/s/ Lila Y. Al-Marhoon*_____
     Lila Y. Al-Marhoon
     Attorney for Defendants
     BANK OF NEW YORK MELLON
     BANK OF AMERICA

# [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiff TINA VASQUEZ and Defendants BANK OF NEW YORK MELLON and BANK OF AMERICA and good cause appearing therefore,

1. The litigation is stayed, in its entirety, for a period of one-hundred and twenty (120) days, up to, and including, August 22, 2014.

**IT IS SO ORDERED.**

DATE:  May 6, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*